IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Richele A Frechen**<br>Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>Movant<br><br>vs.<br><br>**Richele A Frechen**<br>Respondent(s)<br><br>**Jack N. Zaharopoulos**<br>Trustee | CHAPTER 13<br><br><br>**NO.** 24-01545 MJC |

**ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNYMAC LOAN SERVICES, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.