UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richele A Frechen<br>　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　Movant<br>　　vs.<br><br>Richele A Frechen<br>　　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 24-01545 MJC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **July 30, 2024**.

Jack N. Zaharopoulos (via ECF)
8125 Adams Drive, Suite A
 Hummelstown, PA 17036

John J. Martin Esq.  (via ECF)
1022 Court Street
Honesdale, PA 18431

Richele A Frechen
183 Freethy Pond Road
Honesdale, PA 18431

Date: July 30, 2024

　　　　　　　　　　　　　　　　　　　　By:  /s. Brent J. Lemon
　　　　　　　　　　　　　　　　　　　　　　Brent J. Lemon, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 86478
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　blemon@kmlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant