# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHELE A FRECHEN

        Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE        CASE NO: 5-24-01545-MJC
        Movant

vs.

RICHELE A FRECHEN

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 25, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on June 21, 2024.

2. A hearing was held and an Order was entered on September 5, 2024 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        /s/ Agatha R. McHale, Esquire
        Id: 47613
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: 717-566-6097
        email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHELE A FRECHEN

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

RICHELE A FRECHEN

    Respondent(s)

CHAPTER 13

CASE NO: 5-24-01545-MJC

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA  18701 | Date:  November 14, 2024<br><br>Time:  10:00 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date:  September 25, 2024

/s/  Agatha R. McHale, Esquire
Id:  47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHELE A FRECHEN

          Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

vs.

RICHELE A FRECHEN

          Respondent(s)

CHAPTER 13

CASE NO: 5-24-01545-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 25, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served electronically**
JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALE, PA 18431

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

**Served by 1st Class Mail**
RICHELE A FRECHEN
183 FREETHY POND ROAD
HONESDALE, PA 18431

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 25, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHELE A FRECHEN

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

RICHELE A FRECHEN

CASE NO: 5-24-01545-MJC

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.